UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHARLES ARRINGTON

          Plaintiff(s),

Case No. 19-cv-10571

v.

Judge Laurie J. Michelson

CENLAR FEDERAL SAVINGS BANK and
LAKEVIEW LOAN SERVICING LLC

Magistrate Judge Mona K. Majzoub

          Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Lakeview Loan Servicing LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: April 10, 2019

/s/ Steven A. Jacobs

P68749
Schneiderman & Sherman, P.C.
23938 Research Drive
Suite 300
Farmington Hills, Michigan 48335
248-539-7400
sjacobs@sspclegal.com

# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES ARRINGTON, JR., | Case No. 19-cv-10571 |
| Plaintiff, | Hon. Laurie J. Michelson |
| v | Magistrate: Mona K. Majzoub |
| CENLAR FEDERAL SAVINGS BANK and LAKEVIEW LOAN SERVICING, LLC, | Oakland County Circuit Court Case No. 2018-170556-CH Hon. Leo Bowman |
| Defendants. | |

| | |
|---|---|
| VANESSA G. FLUKER, ESQ. PLLC<br>By: Vanessa G. Fluker (P64870)<br>Attorneys for Plaintiff<br>2727 Second Avenue, Ste. 111<br>Detroit, Michigan 48201<br>(313) 393-6005<br>vgflawyer@sbcglobal.net | SCHNEIDERMAN & SHERMAN, P.C.<br>By: Steven A. Jacobs (P68749)<br>Attorneys for Defendants<br>23938 Research Drive, Suite 300<br>Farmington Hills, Michigan 48335<br>(248) 539-7400<br>sjacobs@sspclegal.com |

## CERTIFICATE OF SERVICE

I, Sabrina R. Adams, an employee of Schneiderman & Sherman, P.C., hereby certify that on April 10, 2019, I caused to be electronically filed Defendant Lakeview Loan Servicing LLC's **Statement of Disclosure of Corporate Affiliations and Financial Interest** and this **Certificate of Service** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

LAW OFFICES
SCHNEIDERMAN & SHERMAN, P.C.
23938 Research Drive
Suite 300
Farmington Hills, MI 48335
TELEPHONE (248) 539-7400
FACSIMILE (248) 539-7401

1

Vanessa G. Fluker, Esq., PLLC
vgflawyer@sbcglobal.net

/s/ Sabrina R. Adams,
Sabrina R Adams, Legal Assistant
Schneiderman & Sherman, P.C.

LAW OFFICES
SCHNEIDERMAN & SHERMAN, P.C.
23938 Research Drive
Suite 300
Farmington Hills, MI 48335
TELEPHONE (248) 539-7400
FACSIMILE (248) 539-7401